# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN EDWARD KAUFFMAN,<br><br>　　　　　Defendant. | NO. CR04-416-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on October 4, 2011. The United States was represented by Assistant United States Attorney Francis Franze-Nakamura for Lawrence Lincoln, and the defendant by Chris Kerkering. The proceedings were digitally recorded.

The defendant had been charged and convicted of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). On or about February 18, 2005, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of 5 years in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, reside in and participate in an RRC for up to 180 days.

In a Petition for Warrant or Summons dated September 1, 2011, U.S. Probation Officer Carol A. Chavez asserted the following violations by defendant of the conditions of his supervised release:

(1) Committing the crime of VUCSA-Possession of Methamphetamine on or about July 19, 2011, in violation of the mandatory condition that he not commit a federal, state, or local crime.

(2) Committing the crime of VUCSA-Possession of MDMA/ecstasy on or about July 19, 2011, in violation of mandatory condition that he not commit a federal, state, or local crime.

(3) Failing to submit a monthly report for the months of June and July 2011, in violation of Standard Condition No. 2 that he submit a supervision report within the first five days of each month.

On September 1, 2011, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 4, 2011, this matter came before the Court for an evidentiary hearing. Defendant admitted to violation 3. Alleged violations 1 and 2 were dismissed without prejudice by the government.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as alleged in violation 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on October 14, 2011 at 11:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 4th day of October, 2011.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Lawrence R. Lincoln
Defendant's attorney: Chris Kerkering
Probation officer: Carol A. Chavez

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3